UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUMAN W.,[1]<br>(A-Number: 244-402-365)<br><br>          Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>          Respondents. | No.  1:26-cv-00370-JLT-FJS (HC)<br><br>ORDER VACATING FINDINGS AND<br>RECOMMENDATIONS<br>[ECF No. 16]<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner Numan W. is a former immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 19, 2026, he filed the instant petition as well as a motion for temporary restraining order. (ECF Nos. 1, 2.) On February 2, 2026, the Court converted Petitioner's motion for temporary restraining order into a motion for preliminary injunction, granted the motion, and ordered a bond hearing be provided to Petitioner. (ECF No. 11.) On February 9, 2026, an Immigration Judge conducted a hearing and ordered Petitioner's release on bond. (ECF No. 13 at 3.) Despite the IJ's order, as of February 15, 2026, Petitioner had not been released. (ECF No. 13.)

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. See Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

On February 17, 2026, the District Court ordered Respondents to show cause why Petitioner had not been released in accordance with the IJ's order. (ECF No. 14.)

On February 18, 2026, Respondents filed a status report advising that Petitioner had been released from custody as of that date. (ECF No. 15.) As Petitioner was no longer in custody and had been granted the relief he sought, the Court issued Findings and Recommendations to dismiss the petition as moot. (ECF No. 16.)

On March 19, 2026, Petitioner filed objections. (ECF No. 17.) On March 23, 2026, the case was reassigned to the undersigned for further proceedings. In his objections, Petitioner argues the petition is not moot as the possibility of re-detention still exists. Petitioner alleges he is at risk of being re-detained in the same fashion as before and a ruling on the merits is necessary. Petitioner's argument is persuasive. The Court will vacate the previous Findings and Recommendations and set a briefing schedule.

ORDER

Accordingly, IT IS HEREBY ORDERED:

1)  The Findings and Recommendations issued on March 10, 2026, (ECF No. 16), are VACATED;

2)  Respondent is DIRECTED to file a brief on the merits of the petition within thirty (30) days of this Order; and

3)  Petitioner is DIRECTED to file any reply within fourteen (14) days of the date of filing of Respondent's brief.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE